IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HONG ZHANG,

    Plaintiff,                          No. CIV S-06-2908 FCD GGH PS

    vs.

MICHAEL CHERTOFF, et al.,              ORDER

    Defendants.

_____/

        Pursuant to a "Stipulation of Dismissal," signed only by plaintiff and filed May 1, 2007, plaintiff requests this action be dismissed.

        Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within ten days, whether they have any objection to the dismissal of this action. Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: 5/10/07

        /s/ Gregory G. Hollows

        _____
        GREGORY G. HOLLOWS
        UNITED STATES MAGISTRATE JUDGE

ggh5:zhan2908.dis

1