IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HONG ZHANG,

    Plaintiff,                    No. CIV S-06-2908 FCD GGH PS

    vs.

MICHAEL CHERTOFF, et al.,                ORDER

    Defendants.

_____/

    Pursuant to this court's order filed May 10, 2007, defendants have timely filed a statement of nonopposition to plaintiff's May 1, 2007 request this action be dismissed.

    Accordingly, THIS ACTION IS HEREBY DISMISSED pursuant to Fed. R. Civ. P. 41(a)(2).  The Clerk of the Court shall close this case.

DATED: 5/17/07

                        /s/ Gregory G. Hollows

                        GREGORY G. HOLLOWS
                        UNITED STATES MAGISTRATE JUDGE

ggh5:zhan2908.dis.II

1